Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

Peter C. Shelling (SBN 351159)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: pshelling@jwhowardattorneys.com

Attorneys for Plaintiff
ROCKMOND DUNBAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMOND DUNBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TWENTIETH CENTURY FOX TELEVISION, INC., and THE WALT DISNEY COMPANY,<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES**<br><br>Jury Trial Demand |

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

1

COMPLAINT                                                        CASE NO. _____

Plaintiff Rockmond Dunbar alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1. Mr. Dunbar is an individual who lives in Georgia.

2. Defendant Twentieth Century Fox Television, Inc. ("Fox"), is a Delaware corporation whose principal place of business is in California.

3. Defendant The Walt Disney Company ("Disney") is a Delaware corporation whose principal place of business is in California.

4. Disney is the sole owner of Fox. Although the companies maintain separate corporate existences, Plaintiff is informed and believes, and on that basis alleges, that the unlawful actions described in this Complaint were part of a corporate policy maintained by Disney and implemented across Disney entities. Thus, we refer collectively to the companies as "Disney" below and seek to impose liability on Disney as Plaintiff's joint employer.

5. The Court has jurisdiction over Dunbar's state law claim under 28 U.S.C. § 1332 as the parties reside in different states. Venue is proper under 28 U.S.C. § 1391(b)(1).

## FACTUAL ALLEGATIONS

6. Mr. Dunbar is an actor. He used to work on *9-1-1*, a television show produced by Fox. The show was produced in California.

7. Dunbar is a well-respected actor who received praise for the work he did on *9-1-1*—that is, until he got caught up in the political battle over COVID-19 vaccinate-to-work policies.

8. Dunbar has a sincerely held religious objection to vaccination. He sought accommodation for his beliefs. He did so under federal and state law, including California's Fair Employment and Housing Act ("FEHA"), and Title VII of the Civil Rights Act of 1964.

9. Dunbar's request triggered a process known in employment law as the

COMPLAINT                                                    CASE NO. _____

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

"interactive process." The interactive process for all Disney companies was handled by a group of Disney employees. They were overseen by Disney's assistant general counsel Tanya Menton. They made decisions based on a single corporate policy developed by Disney. Menton was the ultimate decision-maker.

10. Disney refused to accommodate Dunbar's religious beliefs. But there was a wrinkle. Disney initially declined to even consider Dunbar's accommodation request. Why? According to an internal Disney document, *9-1-1* was behind on material and the producers did not want other cast members to know that they were accommodating people. Thus, *9-1-1* showrunner Tim Minear simply sent Dunbar's character, Michael, away for the time being.

11. Minear did not fire Dunbar from *9-1-1*. He did not kill Dunbar's character off. He crafted a storyline where the character, Michael (the gay ex-husband of star Angela Bassett's character), went to Haiti. Minear intended for the storyline to be temporary. He told Dunbar that he was "not writing you off the show." He told Dunbar that "it's good for the character."

12. Minear repeated those comments after Disney unnecessarily and unlawfully terminated Dunbar's contract, which paid him nearly $100,000 per episode produced, regardless of whether he appeared in the episode. As Minear wrote to Dunbar on October 12, 2021: "Nothing has changed. I've made it clear that I am not writing you off the show. Only that I've sent Michael to Haiti with my desire to bring him back." A true and correct copy of the text messages between Dunbar and Minear about that issue is attached as **Exhibit "A."**

13. Thus, the creative team behind *9-1-1* wanted to keep Dunbar on the show. They praised his acting skills. They paid him a premium. They paid him for an episode even if he did not appear in it. And they intended to bring him back—to give him a new contract—after the vaccine policy was lifted, just as they have done for other actors who left the show for an extended period.

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

COMPLAINT                                                          CASE NO. _____

14.     The vaccine policy was lifted in October 2022. Dunbar reached out to Minear about returning to the show. Minear wanted to do it. So did Kristen Reidel, who helped run *9-1-1* at that time.

15.     Their wishes were blocked. They were blocked by Disney executives, including Menton and casting executive Stephanie Levinson, who, at the direction of Ms. Menton and other senior Disney executives, told Minear to stop talking to Dunbar and his agents.

16.     This isn't speculation. During Dunbar's accommodation case, Minear testified that, to bring Dunbar back, he "had to pick up a phone and call the executives at the studio and let them know what I wanted to do." The response he received was: "stop talking to his reps, things are not repaired here yet."

17.     Why wouldn't things be "repaired" in the studio's mind? What did Dunbar do to Disney? Even after Disney leaked the news of Dunbar's firing to the press (neither Dunbar nor his representatives did that), Dunbar responded in a professional manner. He didn't speak badly about Disney. All he did was file a lawsuit, as he had a right to do.

18.     But that bothered Disney because, when they terminated his Season 5 contract, Disney executives told Dunbar that he would never work for Disney again if he sued them.[1] His contract was so valuable that they expected him to back down. They expect that from everybody who works for them. They work for Disney, after all, the most iconic of entertainment companies. Thus, when Dunbar ignored the threat and engaged in protected activity by filing and prosecuting a lawsuit, it bruised the egos of senior Disney executives like Menton who communicated the threat. It bruised

---

[1] The privilege log that was produced in Dunbar's first case shows dozens, if not hundreds, of communications between Tanya Menton and other senior Disney executives after October 13, 2021, when she decided to terminate Dunbar's contract. Thus, senior Disney leadership, all managing agents, knew about this threat. They approved it. And they threw company's weight behind Menton's enforcement of the threat by blocking Minear from bringing Dunbar back to *9-1-1*. A true and correct copy of that privilege log, which spans seventy pages, is attached as **Exhibit "D."**

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

the egos of the senior Disney executives when Dunbar got past summary judgment and took Disney to trial. And it bruised their egos when they had to come to court and testify publicly about how they treated Dunbar.

19. That is why the studio blocked Minear from bringing Dunbar back to *9-1-1*. And that is why the studio has continued following through on that threat since December 2022. Indeed, *9-1-1* was in the middle of Season 5 when the vaccine policy kicked in. The show is now on Season 9. And the show will not end anytime soon. Thus, Disney's refusal to rehire Dunbar has cost him at least five seasons of earnings. And he was earning roughly $2 million per season. His economic harm from this act of retaliation already exceeds $8 million. And if Disney continues blocking Minear and the creative team from bringing Dunbar back to *9-1-1*, those damages will increase with lost wages for Season 10, which will start shooting this fall.

20. The reputational harm Dunbar suffered from Disney's actions has been even greater. When he was working on *9-1-1*, Dunbar was a well-known and marketable actor. He often worked on multiple projects at the same time.

21. But Disney exercises increasing control over the entertainment industry. Thus, since being fired from *9-1-1*, studios have stopped taking Dunbar's calls. The only jobs he can find are through friends who can bypass the studio system. Disney also refuses to speak with him. The studio directed Minear to ignore Dunbar and his agents. Minear cannot even acknowledge their communications. He must report any communications from Dunbar's team to the Disney legal department.

22. Disney's refusal to rehire Dunbar for *9-1-1* was not a creative decision protected by the First Amendment. Minear, the showrunner, wanted to bring Dunbar back to *9-1-1* after the vaccine policy was lifted. He intended to do that. And he tried to do that. But the studio will not let Dunbar himself return. And it would not allow that because Dunbar filed a lawsuit to challenge the denial of his accommodation request.

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

5

COMPLAINT                                                    CASE NO. _____

23. Again, this is not speculation. Minear admitted as much in the deposition he gave during Dunbar's failure to accommodate lawsuit. A true and correct copy of excerpts from that deposition is attached as **Exhibit "B."** Minear reiterated those comments at the trial of Dunbar's Title VII case last fall. A true and correct copy of that testimony is attached as **Exhibit "C."** He also acknowledged that Dunbar's character is still on the show. Other characters often refer to the character. The character's ex-wife, Angela Bassett, is still on the show. So are their children. They are series regulars. Michael, Dunbar's character, was a series regular, too. He should have returned after the company lifted the vaccine policy during the fall of 2022. But, more than three years later, Disney executives will still not let Minear bring Dunbar back to *9-1-1*. He is on a "do not hire" list. In fact, Disney executives will not even let Minear speak to Dunbar or his agents.

24. The fact that Dunbar sued to protect his rights is the only possible reason for that. Moreover, Dunbar has obtained evidence that Disney *did* rehire people it let go because of the vaccine policy, but who did not sue to challenge the denial of their accommodation requests. That includes Steve Burton, an actor on the ABC soap opera *General Hospital* (Disney owns ABC). Like Dunbar, Burton sought religious and medical accommodations in response to the COVID-19 vaccine policy. Like it did with Dunbar, Disney refused to accommodate Burton and wrote his character out of *General Hospital*. And, like it did with Dunbar, Disney told Burton he would never work for Disney again if he sued to challenge that decision. Unlike Dunbar, Burton did not sue, so Disney brought him back to *General Hospital* in 2024.

25. This was part of an unwritten corporate policy of refusing to rehire people (not just actors) who sue Disney for violating state and federal employment laws. That is an unlawful employment practice. For good reason. It deters people from reporting and remedying employment discrimination.

26. This "refusal to rehire" policy is unlawful, period. But it is especially

COMPLAINT                                                    CASE NO. _____

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

troubling at Disney, a company that exercises increasingly great control over the entertainment industry. That is why, despite his skill—Minear praised Dunbar's acting skills and said he is "capable of Hamlet"—Dunbar has struggled to find work since he filed the first lawsuit.

27.     Again, this was not a decision made for creative reasons protected by the First Amendment. It was an act taken in retaliation for Dunbar engaging in protected activity under FEHA. It was part of a corporate policy that conditions employment on people waiving their rights. The First Amendment does not protect such policies either inside or outside the entertainment industry. And it has continued for every season of 9-1-1 since Season 5.

28.     FEHA now has a three-year statute of limitations for filing an administrative charge. Disney refused to rehire Dunbar in December 2022, when Disney executives overruled Minear's decision to bring Dunbar back to *9-1-1* and told Dunbar's representatives to stop contacting them. He dual-filed with the Equal Employment Opportunity Commission ("EEOC") and the California Civil Rights Department (the "CRD") on June 26, 2025. Thus, his administrative charge was timely and, for the FEFA claims, exhausted his claims for Seasons 6 and beyond.

29.     On information and belief, the CRD issued a right-to-sue notice immediately after Dunbar filed the administrative claim (though, for some reason, he has never received it). It is valid for one year. But the date on that letter does not matter. "When a charge of discrimination or harassment is timely filed concurrently with the EEOC and the DFEH, the investigation of the charge is deferred by the DFEH to the EEOC under a work-sharing agreement, and the DFEH issues a right-to-sue letter upon deferral, then the one-year period to bring a FEHA action is equitably tolled *during the pendency* of the EEOC investigation until a right-to-sue letter from the EEOC *is received.*" *Downs v. Dep't of Water & Power*, 58 Cal. App. 4th 1093, 1102 (1997) (emphasis added); *see also* Cal. Gov't Code § 12965(e) (codifying

COMPLAINT                                                                                    CASE NO. _____

*Downs* as a matter of statutory law under FEHA). Tolling means "that the limitations period stops running during the tolling event, and begins to run again only when the tolling event has concluded." *Lantzy v. Centex Homes*, 31 Cal.4th 363, 370 (2003). Meanwhile, the EEOC's process ends on "the date on which a right-to-sue notice letter arrived at the claimant's address of record." *Payan v. Aramark Mgmt. Servs. Ltd. P'ship*, 495 F.3d 1119, 1122 (9th Cir. 2007).

30.  The EEOC mailed its Notice of Dismissal, including the federal right-to-sue letter, to Dunbar's address of record on August 13, 2025. He received a copy of it around that time.

31.  This case is being filed within one year of that date. Thus, it falls within the one-year statute of limitations for filing the FEHA claims based on the CRD's right-to-sue letter, which was tolled until August 13, 2025.

32.  Finally, this case only seeks damages for events that occurred after December 2022, when Disney refused to rehire Dunbar for *9-1-1*. It does not seek relief for any acts that were raised in Dunbar's accommodation case. That case was already at issue when the acts alleged to violate FEHA in this case occurred. And that retaliation continues to this day, as Disney will still not allow Minear to bring Dunbar back to *9-1-1*.

## FIRST CLAIM FOR RELIEF

### (Violation of FEHA/Retaliation/Refusal to Rehire)

33.  Dunbar incorporates paragraphs 1 through 32 of this complaint as though set forth fully herein.

34.  Disney and its wholly owned subsidiaries (defined collectively as "Disney" or "Defendants") are employers under California law. They employed Dunbar on the show *9-1-1*.

35.  During the fall of 2021, Dunbar sought accommodation for his religious objection to Disney's vaccinate-to-work policy. Defendants refused to accommodate

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

8

COMPLAINT                                                          CASE NO. _____

him and terminated his employment. The termination letter stated that the decision was based entirely on Dunbar's inability to comply with the vaccine policy.

36.     Despite the termination, Dunbar remained in good standing with Defendants and was eligible for re-hire. And, as alleged above, the producers of *9-1-1* wanted to bring him back to the show after the vaccine policy was lifted. That changed only after Dunbar filed a lawsuit to challenge the denial of his accommodation request.

37.     Dunbar engaged in protected activity by filing a lawsuit under FEHA.

38.     After Dunbar sued to protect his FEHA rights, Defendants blacklisted him. They blocked the creative team from bringing him back to *9-1-1* and instructed casting executives not to talk to his agents.

39.     Dunbar's protected activity was a substantial factor in Defendants' refusal to rehire him for the position he held and performed successfully for five seasons on *9-1-1*.

40.     As a result of Defendants' actions, Dunbar suffered economic damages in an amount to be proven at trial, but which exceed $8 million, the amount he would have received if Defendants had allowed Minear to bring Dunbar back to *9-1-1* at the end of 2022, as Minear wanted to do. Defendants' actions were both the actual and proximate cause (a substantial factor) of those damages.

41.     Dunbar also suffered emotional distress and reputational harm because of Defendants' refusal to rehire him. And he will seek injunctive relief prohibiting Defendants from blocking the *9-1-1* creative team from bringing him back to the show, as they want to do.

42.     Dunbar should also recover his costs and legal fees.

43.     Defendants took these actions with malice toward Dunbar and with reckless indifference to his rights. Indeed, Defendants took these actions as part of a corporate policy that is intended to chill employees from suing to enforce their rights.

COMPLAINT                                                          CASE NO. _____

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

And the actions were taken by high-ranking Disney executives, including Tanya Menton, who had discretion to make the decisions. As indicated by the privilege log that was produced in Dunbar's accommodation case, the actions were also taken with the knowledge and approval of senior Disney executives, including Sonia Coleman (Senior Vice President and Chief People Officer for The Walt Disney Company), Charissa Gilmore (Senior Vice President of Corporate Communications for Disney General Entertainment), Bryan Noon (President of Walt Disney Television Entertainment), Karey Burke (President of 20th Television), and Carlos Williams (Executive Vice President of Business Affairs and Operations for 20th Television), not to mention numerous top Disney and 20th Television lawyers who were all aware of the risks involved in retaliating against Dunbar for filing a lawsuit but who signed off on it and allowed it to continue.

44. That list also includes Dana Walden, the former Chairman of Walt Disney Television Entertainment who was recently appointed President of The Walt Disney Company, second-in-command to new Disney CEO Josh D'Amaro. On information and belief, Ms. Walden knew about Defendants' refusal to rehire Dunbar despite the *9-1-1* producers wanting to do that. She knew about the retaliation and ratified it, as did senior executives working below her.

45. Thus, Defendants' retaliation against Dunbar—its refusal to rehire him despite the 9-1-1 showrunner's wishes—was carried out by managing agents, people who had discretion to make corporate policy. That warrants a substantial award of punitive damages against Defendants.

## PRAYER FOR RELIEF

Wherefore, Dunbar prays for relief as follows.

1. For compensatory damages and interest in an amount to be proven at trial, but which exceed $10 million.

2. For punitive damages in an amount to be proven at trial.

10

COMPLAINT                                                                 CASE NO. _____

3. For costs and legal fees.

4. For injunctive relief prohibiting Defendants from blocking *9-1-1* producers from bringing Dunbar back to the show.

5. For such other relief as the Court deems proper.

DATED:  August 6, 2026        JW HOWARD/ATTORNEYS, LTD.

By: */s Scott J. Street*
     Scott J. Street
     Attorneys for Plaintiffs
     ROCKMOND DUNBAR

COMPLAINT        CASE NO. _____

## JURY TRIAL DEMAND

Dunbar requests a trial by jury on all claims for which it is available.

DATED:  August 6, 2026        JW HOWARD/ATTORNEYS, LTD.


By:       */s Scott J. Street*
        Scott J. Street
        Attorneys for Plaintiffs
        ROCKMOND DUNBAR

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

12

COMPLAINT          CASE NO. _____

# EXHIBIT A



**10:02**

**Tim Minear** >

iMessage
Oct 11, 2021, 10:23 PM

I wasn't a fan of that first scene for tomorrow so I rewrote it just now

You've met me

Ok... can't wait to get it.... Man I'm trying so hard not to be stressed... This shit is so fucked up how Disney is doing me.... I'm trying so hard to just focus and do a good job. Of what's left of my career anyway.

Oct 12, 2021, 1:06 PM

Hey give me a call. Word has reached me that you're upset. If I didn't say a thing it's not a thing. I am not writing you off the show. I am sending Michael to Haiti and we're using that to let

iMessage



**10:03**

**Tim Minear** >

Oct 12, 2021, 1:06 PM

Hey give me a call. Word has reached me that you're upset. If I didn't say a thing it's not a thing. I am not writing you off the show. I am sending Michael to Haiti and we're using that to let things untangle

And it's good for the character

Meaning only listen to me

I am god

Hey... I'm not upset... just having anxiety after the crew started to walk up and hug me... the only disturbing thing is people think that this shit is my decision. I gave Disney my religious/ medical exemptions from my Dr. and minister. THEY

iMessage





MINEAR.TIM - EX. 29

CONFIDENTIAL                DUNBAR_001680





10:04



Tim Minear >

Thank you brother!!!!

**Date:** Tuesday, October 12, 2021 at 5:05 PM
**To:** Young Park <young@marlispark.com>
**Subject:** FW: Rockmond Dunbar - Contract Payout

Mr. Dunbar is only entitled to be paid for the 9 episodes that he has worked on this season. He is not entitled to anything further. We offered payment for an additional episode ($80,428) in an effort to amicably resolve the matter. Your client is free to accept or reject that offer. If he rejects the offer, he will not be paid for anything after completing the current episode.

To be clear, we are not buying Mr. Dunbar out of his agreement. Rather, we are terminating him for breach of the agreement. His agreement requires him to comply with all Company policy. The vaccine mandate is a Company policy.

As I stated earlier, Mr. Dunbar's

Just an FYI

FYI she's wrong I'm "all shows produced" I never breached contract... But they are going to fire me next week apparently.

iMessage

CONFIDENTIAL                    DUNBAR_001683

**10:04**

**Tim Minear** >

Call me when you wrap

Ok

Oct 12, 2021, 11:41 PM

Hey I'm done if you are still available.

Yes

Oct 14, 2021, 12:29 AM

hey brotha apologies for late text. Employee relations has literally just emailed me after repeatedly refusing to engage in any meaningful way. Before I respond I just wanted to ask if anything has changed on your end? I know you put up a good fight for me and they shut it down & said it was now a

iMessage

CONFIDENTIAL                                    DUNBAR_001684





10:04

Tim Minear >

Oct 14, 2021, 12:29 AM

hey brotha
apologies for late text.
Employee relations has
literally just emailed me
after repeatedly refusing to
engage in any meaningful
way. Before I respond I just
wanted to ask if anything
has changed on your end? I
know you put up a good
fight for me and they shut it
down & said it was now a
legal issue. So it seems odd
that less than 24 hrs later
they're reaching out.

Nothing has changed. I've
made it clear that i am not
writing you off the show.
Only that I've sent micheal
to Haiti with my desire to
bring him back

iMessage





**Tim Minear** ›

Tue, Nov 16, 2:32 AM

Beautiful work... Thank you sir. Loved the montage! 👍🏾

Tue, May 17, 1:25 PM

Hey Brotha
Been a long minute. Hope you and yours are enjoying this much deserved time off. Last 8 months have been crazy for sure but my family and I are doing really well and if nothing else my life is full of love, so for that I'll always remain eternally grateful. Speaking of gratitude, Just saw that Season 6 was officially picked up yesterday (never thought it wouldn't be) so I just wanted to reach out and send my congrats to you.



CONFIDENTIAL

MINEAR.TIM - EX. 29

**10:06**

**Tim Minear** ›

Tue, May 17, 1:25 PM

Hey Brotha
Been a long minute. Hope you and yours are enjoying this much deserved time off. Last 8 months have been crazy for sure but my family and I are doing really well and if nothing else my life is full of love, so for that I'll always remain eternally grateful. Speaking of gratitude, Just saw that Season 6 was officially picked up yesterday (never thought it wouldn't be) so I just wanted to reach out and send my congrats to you. Major feat to hit that 6th season milestone especially in this fickle tv market.

I also wanted to again thank you for the opportunity this

  iMessage

       

CONFIDENTIAL    DUNBAR_001680



10:06

**Tim Minear** >

I also wanted to again thank you for the opportunity this series has allotted me as an actor but more importantly as a husband, father and man to provide for my family while doing what I love with people I immensely respect. Seeing the cast celebrate the announcement made my heart smile and soul ache to be there to relish in the joy.

Disney's attorneys told my legal counsel a few weeks ago I'm well loved at FOX and Disney and my job is waiting for me whenever I'm cleared to work. Praying the latter is true.

Keep kicking ass man, we need more of you in this biz. And if by chance anything

iMessage



CONFIDENTIAL



ache to be there to relish in the joy.

Disney's attorneys told my legal counsel a few weeks ago I'm well loved at FOX and Disney and my job is waiting for me whenever I'm cleared to work. Praying the latter is true.

Keep kicking ass man, we need more of you in this biz. And if by chance anything changes or opens up there or even other avenues just know I'm here and ready.

Much Respect today, tomorrow and always.

Rock

Read 5/17/22



Thanks Rock !. I feel the

CONFIDENTIAL                                    DUNBAR_001690

MINEAR.TIM - EX. 29



**10:06**

Tim Minear >

Disney's attorneys told my legal counsel a few weeks ago I'm well loved at FOX and Disney and my job is waiting for me whenever I'm cleared to work. Praying the latter is true.

Keep kicking ass man, we need more of you in this biz. And if by chance anything changes or opens up there or even other avenues just know I'm here and ready.

Much Respect today, tomorrow and always.

Rock

Read 5/17/22

Thanks Rock ! I feel the same

iMessage

CONFIDENTIAL                                          DUNBAR_001691

# EXHIBIT B

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Rockmond Dunbar,

        Plaintiff,

        v.            Case. No.

                2:22-cv-01075

        DMG-JC

American Broadcasting

Companies, Inc., et. al.,

        Defendants.

REMOTE DEPOSITION OF TIMOTHY MINEAR

October 10, 2023

Stenographically Reported by:

Bonnie Pruszynski, RMR, CA CSR No. 13064

Job No. J10381642

**Page 2**

October 10, 2023

9:56 a.m.

        REMOTE DEPOSITION OF TIMOTHY MINEAR, before Bonnie Pruszynski, CA Certified Shorthand Reporter No. 13064, a Registered Merit Reporter, Certified Livenote Reporter, and Notary Public of the States of New York and Florida.

**Page 3**

APPEARANCES:

Counsel for the Plaintiff:

SIRI GLIMSTAD

      745 Fifth Avenue, Suite 500

      New York, New York 10151

BY:    Mason Barney, Esq.

Counsel for Defendants

TWENTIETH CENTURY FOX FILM:

MCDERMOTT WIILL & EMERY LLP

      2049 Century Park East, Suite 3200

      Los Angeles, CA 90067-3206

BY:    Maria Rodriguez, Esq.

**Page 4**

(Witness sworn.)

TIMOTHY MINEAR,

    called as a witness, having been first

    duly sworn, was examined and testified

    as follows:

EXAMINATION

BY MR. BARNEY:

    Q.   Good morning, Mr. Minear.

    A.   Hi.

    Q.   My name is Mason Barney.  I'm an attorney. I represent Rockmond Dunbar in this litigation.  Today we're going to ask you some questions, and the court reporter is going to be here recording your answers and my questions.  The court reporter has placed you under oath.  That is the same oath that is done in a court of law.  Are you familiar with that type of an oath?

    A.   Yes.  I've written that before.

    Q.   Written it for your shows?

    A.   Yes, of course.

    Q.   There we go.

    So, you're familiar with the fact that you're now testifying under penalty of perjury?

    A.   Yes.

    Q.   All right.  Understood.



Page 21

never met the entire time I was there, they were executive producers on the show. So, it's a title.

If you're talking about a writer/producer, the executive producer is the highest level writer/producer on a TV show for physical production, and the showrunner is by dint of that being the highest title an executive producer, possibly not the executive producer, but the showrunner is an executive producer.

And what that person does is everything: breaking stories, writing scripts, casting the show, vetting the props, vetting the wardrobe, figuring out, you know, with the line producer physical production, and then it's editing, selection of songs, post production, mixing, interviews. Everything.

Q.   Sounds like a very big job.

A.   It's a big job.

Q.   So, in -- so that describes the executive producer. Would you say that was what you did the first three seasons of 9-1-1?

A.   Well, I was the hands-on showrunner and executive producer on 9-1-1, particularly starting in season two. I was there in season one. I was co-creator in season one. Ryan Murphy and Brad Falchuk were involved in that first season of the

Page 22

show, and we kind of did it together.

And then, starting in season two, I just took over. Ryan had other things, other fish to fry, other hits to make, other Emmys to win, and I took over in season two, and it became me in season two, and in season three.

Now, when I say that I stepped away, what I mean is, Kristen was still reporting to me, but I was -- I could no longer spend every moment of every day figuring out every element of every story and then taking a pass on every scene writing-wise. And I'm not saying if you watch that season that you will notice that, but you might.

Q.   Okay. And so, you were still involved with 9-1-1 in seasons five and six; correct?

A.   What I would say is, I was still involved in 9-1-1 -- yes, I was involved. The level of involvement varied. In other words, in season five, I wrote the first four episodes. I wrote those four scripts. I am not credited on those four scripts, necessarily, but I wrote the first four scripts.

Starting with episode five, Lone Star starting shooting and I handed the show back. They checked in with me. I approved certain things. And to be honest with you, season six I only saw a couple

Page 23

of weeks ago, because I'm going back to run that show. I was not hands on in season six at all.

Q.   Okay. And when you say you handed it back, were you still, though, sort of the final decision maker, as it were?

A.   Well, I mean, I could come in and big foot at any time, but I was not making the final decisions necessarily in season five, creatively.

Q.   Okay. Okay. Understood.

And so, did Mr. Falchuk and Mr. Murphy, by season five, did they have any day-to-day role in the show?

A.   No.

Q.   So, in terms of hiring people, you said that you were involved in the casting originally?

A.   Yes.

Q.   And did you cast the entire main cast for 9-1-1?

A.   Not personally.

Q.   Okay. Did you choose them?

A.   Some.

Q.   Like who?

A.   Like who did I choose? Well, I went to the -- I went to some auditions with Ryan and I weighed in with Ryan. But, you know, Ryan, the way

Page 24

Ryan puts together his shows, he calls -- you know, he calls Connie Britton and says, can you come do a season of this show we don't have a script for. You know, that's how -- that's how Ryan works.

So, I mean, I would say Ryan is the casting maven, and I know that he cast Peter Krause, and certainly Angela Bassett, who we all had a preexisting relationship with. She was on American Horror Story, and I was writing that show with Ryan when she was on it.

Q.   Understood.

So, what about below the level of sort of the primary cast, you know, the big names? Who does the casting for those parts?

A.   The executive producers, the showrunners.

Q.   The showrunners?

A.   Yeah.

Q.   And when you're -- as an executive producer/showrunner, when you are selecting people to cast, does 20th have any role that in process?

A.   Does 20th have a role in that? It's a -- it's a Ryan Murphy/Tim Minear joint. They can have an opinion.

Q.   When you say they can have an opinion, how does that work in practice?



TIMOTHY MINEAR
DUNBAR V. ABC, INC., ET AL.

Page 25

A.   Normally -- normally, when you're casting particularly a pilot, there are a lot of steps you have to go through to get actors vetted, to get casts vetted. When you're working on a Ryan Murphy show, Ryan is going to have the best connections, the best people, the best ideas, and we're going to choose who we want of the people who come in to audition, and the studio is not going to nay say that, because we have impeccable taste.

Q.   But in theory, could the studio come in and say nope, we don't want that person?

MS. RODRIGUEZ:  Calls for speculation. Incomplete hypothetical.

Go ahead.  In theory is the question.

THE WITNESS:  In theory?  Sure.  It hasn't really been my experience.

BY MR. BARNEY:

Q.   So, that never happened on 9-1-1?

MS. RODRIGUEZ:  Vague and ambiguous.  What is "it"?

THE WITNESS:  I'm not sure what you mean.

BY MR. BARNEY:

Q.   At any point -- sure.  I'll rephrase.

At any point in your turner with 9-1-1, has the studio refused to allow you to hire an actor?

Page 26

A.   Yes.

Q.   And when was that?

A.   Well, I am speaking specifically of Rock.  I wanted to bring him back once the mandate was lifted, and that relationship had not been repaired yet, and I was advised to hold off.

Q.   Okay.  We'll get to that a little later.

Do you recall any other time when that happened?

A.   I don't recall.

Q.   You don't recall as in you don't think it happened?

A.   Well, I don't remember the studio --

MS. RODRIGUEZ:  And this is all 20 years of his overall?

THE WITNESS:  Yeah, that's what I'm trying to figure out.  Are you talking about 9-1-1?

BY MR. BARNEY:

Q.   I'm specifically thinking about 9-1-1.

A.   Is there any -- you're going to have to give me a second to kind of click through in my head.

Q.   Of course.  Of course.

A.   Nothing is leaping to mind.  I mean, I know that there are people that I tried to cast that I couldn't get, and part of that may have been the

Page 27

studio not wanting to pay a particular rate.  So, you could say that the studio in some sense prohibited me from bringing in somebody that I wanted to bring in because they wouldn't give me the money.  So, I know that certainly happened, and on 9-1-1.

Q.   Okay.

A.   So, sometime when that happens, you might go to the network and say, can we get breakage?  Can you kind of kick in so I can afford this person?  And sometimes it works and sometimes it doesn't.

Q.   So, when you say "breakage," what are you referring to?

A.   What "breakage" means is that the -- when you're going over what you have in the budget -- it's the studio that pays those bills; right?

Q.   Um-hum.

A.   The studio is the producing entity.  The network is licensing the show to put on their air. They don't pay the budget of the show as you're making it.  That's the studio.  When the studio doesn't want to pay for, say, Connie Briton to come back, then you go to the network and you say, will you give us breakage, which just means they break some money toward -- they'll pay half of the -- whatever the overage is, which will help kind of get you there.

Page 28

Q.   Understood.

So, you recall the studio not allowing you to bring back Rock.

A.   Right.

Q.   You recall a few instances where the studio said, look, there is not enough money in the budget to bring this person in.

Do you recall any other instances where the studio told you not to -- that you couldn't hire someone for 9-1-1?

A.   For 9-1-1?  There may have been a moment when I wanted to bring in Sarah Paulson, and they sort of didn't want to cross-pollinate the projects.  Like in other words, she was on American Horror Story, and there may have been a creative conversation about just cross-pollinating in not a great way.

Q.   Cross-pollinating, you mean --

A.   Like in other words, you don't want to -- you don't want to burn the audience out on a particular actor.

Q.   Understood.

MS. RODRIGUEZ:  I want to make sure, Mr. Minear, that you also wait for Mr. Barney to finish his question.

THE WITNESS:  Yes.  I have a bad habit.



TIMOTHY MINEAR
DUNBAR V. ABC, INC., ET AL.

October 10, 2023
177–180

Page 177

I was not just blowing smoke. I meant every word that I said to him, and I was trying to just be a human and make a gesture to him to show him that he was still loved by me. That is what I wanted to do, and I was very sad that that got shut down.

And you can see -- I mean, I think I -- I think I -- I think there is text to the effect with Kristen Reidel where I was letting her know, it looks like -- you know, they lifted the mandate. The first thing I did was I texted Kristen, and I'm like, it looks like we can bring Rockmond back for a guest star or two, if you're interested. And the reason why I said "if you're interested" is because she was the one who was making the stories in season five at that point. I was over here doing Lone Star; right?

Q.   So, in October 2021, do you remember speaking with anyone in the legal department at Disney regarding bringing Mr. Dunbar back? And I don't want to know what any lawyers told you, just to be clear.

MS. RODRIGUEZ: Objection. Attorney-client privilege.

Go ahead.

MR. BARNEY: Are you instructing him not to answer?

MS. RODRIGUEZ: You can answer yes or no.

Page 178

THE WITNESS: Well, I did speak.

MS. RODRIGUEZ: That's it. No more.

MR. BARNEY: Okay.

MS. RODRIGUEZ: That's as far as it goes.

BY MR. BARNEY:

Q.   Okay. And ultimately, it was your understanding that you were not allowed to bring Mr. Dunbar back at the end of season five?

A.   That's right.

Q.   Okay.

A.   I mean, I was holding out hope until the very end.

Q.   Other than Disney legal, did you speak with anyone else about the idea of bringing him back at the end of season five, other than Disney legal and Ms. Reidel?

MS. RODRIGUEZ: Overbroad.

Go ahead.

THE WITNESS: Yes.

MS. RODRIGUEZ: You mean somebody at Disney?

MR. BARNEY: My question was --

MS. RODRIGUEZ: Or anybody in the world?

MR. BARNEY: Well, that was my initial question, and now I'm going to try to be more precise on my follow-up.

Page 179

BY MR. BARNEY:

Q.   So, who do you recall speaking to about this plan to have a plan to bring him back?

A.   Casting.

Q.   Who do you -- who did you speak to in casting about that?

A.   Stephanie Levinson.

Q.   And what did you and Ms. Levinson discuss?

A.   That I wanted to bring him back.

Q.   And do you recall what Ms. Levinson's response was?

A.   Stop talking to his representative.

Q.   Okay. And Ms. Levinson's response, was that like an immediate response, or did she have to go and talk to someone and get back to you about it?

A.   She talked to someone, because I think it was like a two-part conversation, where I let her know I wanted to do that, and then I was advised that things had not been repaired and I should immediately stop talking to his reps.

Q.   Understood.

Did you ever speak with Mr. Dunbar about your idea to bring him back at the end of season five?

A.   I don't think we had contact after that, after he exited. I don't think. In fact, I'm pretty

Page 180

sure we didn't, because I talked to whoever the male manager was.

Q.   The male manager?

A.   I'm sorry. His manager and/or agent who is a male person. I mean not like a mail carrier, but like a man.

Q.   Okay. I just wanted to make sure of that.

A.   Yes. And he should keep that guy, because that guy is very tenacious.

Q.   I will be sure to make sure he knows that.

Just going through -- we've covered many of the questions I was going to ask here, so I'm just going through and trying to make this a little faster for us.

A.   Okay.

Q.   Oh. Did anyone on your other show, 9-1-1: Lone Star, ask for any accommodations to the vaccine mandate?

A.   Not that I'm aware of.

Q.   Were you ever asked to accommodate anyone because of their vaccine status on 9-1-1: Lone Star?

A.   Can you be more specific?

Q.   Sure.

Was -- no. Let's start with this. To your knowledge, after the mandate was implemented, was

Page 185

people, and I don't know them.

Q.   Understood.

Do you know a person by the name of Lauren -- I'm going to mispronounce this -- Fujiu-Berger?  That's F-U-J-I-U dash Berger.

A.   What line of work are they in?

Q.   She is listed as principal counsel, 20th Television.

A.   No.

Q.   Okay.  And so, I assume you don't recall ever speaking with her about Mr. Dunbar's contract being terminated?

A.   Yeah.  I have no recollection of some like muckety-muck lawyer calling me to tell me that.  All I was told, it was just made clear, if the mandate is not complied with and if the -- if the artist isn't granted accommodations, then they would be found in breach, and that their employment would be terminated, by a date certain.

Q.   Okay.

A.   I knew that.  I don't know -- but it's not like some lawyer called me and said, I am here to inform you.  Like that didn't happen.

Q.   And when you say you knew that, do you recall what source you knew that from?

Page 186

A.   No, I don't.

Q.   Okay.  If Mr. Dunbar had been accommodated and had remained on set and was unvaccinated, was it your understanding that other cast members might have had a problem with that?

MS. RODRIGUEZ:  Incomplete hypothetical.  Assumes facts.

Go ahead.

THE WITNESS:  It just never got that far.  You mean, did somebody like complain to me or something, like I can't be around an unvaxxed person?

BY MR. BARNEY:

Q.   Yes.

A.   I don't recall a conversation like that happening.

Q.   Okay.  That was going to be my next question, whether you recall having a conversation about that with anyone.

A.   I don't think so, no.

Q.   Okay.  Did you ever speak with Mr. Dunbar regarding the termination of his contract?

A.   In the sense that we were talking about it in those texts that he presented and in those e-mails and then on a couple of phone calls.  I mean, those are the conversations we had.

Page 187

Q.   Okay.

A.   I mean, at the end, he knew that we were writing him off in that end period where things were a little tumultuous, and he was not feeling good about things, and I said, reach out to me, call me, and I was trying to, as best I could, give him the support that he needed so he could perform.

So, we were both aware of what was coming, I guess is the best way to put it.

(Exhibit 32, MINEAR00000018-019 marked for identification, as of this date.)

BY MR. BARNEY:

Q.   Okay.  I'm going to pull up Exhibit 32.

A.   All right.  Yeah.

Q.   Can you see this here?

A.   Yeah.

Q.   Okay.  So, this is a chain of e-mails, primarily between you and Ray Moheet, in November 2022 and December 2022.  Do you recall receiving these?

A.   I do.

Q.   And I believe you spoke about somebody being tenacious, Dunbar's representative.

A.   That is the subject in question.

Q.   Okay.  So, you say at the bottom here on --

Page 188

let's see.  Where is the bottom here?  There we go.

It says on MINEAR 19, and this is an e-mail from Mr. Moheet on November 9th, 2022, "Hey, Tim, circling back to see if now is a good time to pick up our conversation from last week.  Have you had a chance to speak with the overlords?  Needless to say, Rock would love to come back now that the mandate is over."

A.   Um-hum.

Q.   Do you remember that conversation that you had with Mr. Moheet?

A.   Yes.

Q.   What was said during that conversation?

A.   He said Rock would love to come back now that the mandate is over.  I said, just as I said before, I would love to bring him back.  I talked to Kristen.  I said I think we can get him for a couple of guest spots, if that's interesting to you.  It would be great.

And he kept calling and e-mailing me, and I said to him, I'm working on an idea, and by working on an idea, what I meant was, I don't know, but we'll figure out something.  And -- I mean, it's all pretty self-explanatory.

Q.   Okay.  So, scrolling up, I think you said,



Page 189

"working on an idea." I believe you were referring to what you said in the e-mail on December 1st, 2022, on the first page there?

A. Yep.

Q. The 11:23, "Yeah, we are working on an idea now."

A. Yeah. Yeah.

Q. It says: "Have to get some ducks in a row before I can really approach you with it."

A. Yes.

Q. What ducks were you thinking about there?

A. I hadn't talked to anyone.

Q. Okay.

A. And when I say, "Yeah, working on an idea now," what that means is, leave me the fuck alone. I will figure it out later, but I'm interested.

Q. Okay. Understood.

(Exhibit 33, MINEAR00000180-185 marked for identification, as of this date.)

BY MR. BARNEY:

Q. So, now let's pull up Exhibit 33, which you mentioned the conversation with Ms. Reidel, and I think --

A. Yep.

Page 190

Q. -- this is --

A. There was a lot of typos in this. I am happy to translate anything.

Q. I may have a question or two on that, but you type at least as well as I do in texts. I will say that much.

So -- I'm sorry. One second.

So, yeah. On 181, you say -- I believe you're the dark color and Ms. Reidel is the light color. Is that correct?

A. That's correct.

Q. It says, "it looks like you can bring Michael back if you want, maybe for an episode or two if not interests you."

A. That should say, "if that interests you."

Q. Okay. And Michael, you're referring to Mr. Dunbar's character?

A. Yes. But she thought I was referring to a director who had recently directed an episode of Lone Star.

Q. Ah, okay. Well, that addresses my next question.

And did you have this conversation after the conversation with Mr. Moheet?

A. It was sort of around the same time.

Page 191

Q. Okay.

A. Mr. Moheet was the thing that sort of like put a little fire under me.

Q. Um-hum.

So, why did you say "an episode or two"? Why not bring him back more permanently?

A. Look, that character really had no business being on the show after season three. So, it's very difficult to justify bringing him back for a big arc or something, when we're just not going to be cutting away to Michael standing there like Mr. Brady over his drafting table. Like it's just not going to happen.

But whenever he's on screen, he is additive. And as I said to you before, one of the things that touched me about him, when he asked me not to let him die of a medical brain tumor, is that here you have this actor who is capable of probably Hamlet. Like he's extremely good. And I have him showing up in scenes going, okay, kids, ready to go to grandma's? Like that's kind of what he was doing on the show.

But he wasn't complaining about it. I mean, why would you when you're getting paid that pile of money, and you kind of know you're going to have to work. But I knew he was capable of so much more, and I felt as a writer kind of shitty that I wasn't

Page 192

exploiting this man's incredible talent. I mean, I would say he was in the top three actors on that show.

Q. Wow.

A. 100 percent. But the character just wasn't important. He was being wasted, quite frankly.

Q. So, I'm going to -- that's very lovely to say. I'm going to --

A. It's all true.

Q. -- scroll to the next page.

A. Everyone loves that Michael.

Q. That was going to be my next question. And "I was saying that it was his mother. Presumably she's aware he's not on the show." I say presumably."

Do you know what Ms. Reidel was referring to there?

A. I think we were talking about the young actor who was playing Harry, who was Michael's son. You know, he was a young man who was having anxiety problems and panic attacks, and he had to walk off the set in a middle of a scene and could not bring himself to come back to the set. And I just -- he had been with the show for a long time, and we had to rearrange stories and rewrite stuff, because he didn't feel mentally healthy enough to come back to work, and the last thing I wanted to do in that instance is give him



TIMOTHY MINEAR
DUNBAR V. ABC, INC., ET AL.

October 10, 2023
193–196

Page 193

any more anxiety. So, I made it super clear to his mother and to him that he was loved and he was not being fired.

Q.  Understood.

A.  Because of the health situation, I was not -- I was willing to kind of rewrite things until he felt capable of coming back, and that just never happened.

Q.  Okay.

A.  And I think what Kristen is talking about here is that either the boy's mother reached out to her or she is talking about the representative of that child, and I think his mother was his agent.

Q.  Ah. Got it.

A.  That is sort of the best I can do for you there.

Q.  Okay. So, did this conversation have anything to do with your ideas about bringing Mr. Dunbar back?

A.  Absolutely, they would have.

Q.  Okay. In what way?

A.  Well, in the way that Harry and Michael both went to -- that Harry went off to visit Michael in Haiti.

Q.  Ah.

Page 194

A.  Like basically -- here is the thing, Counselor. If you're ever a character on 9-1-1, hope that you never get sent to Haiti.

Q.  Why do you say that?

A.  Because that's where I send you when I can't use you anymore.

Q.  Got it. Got it.

So, going on to the next page, so this is December 3rd, 2022 I believe.

A.  Um-hum.

Q.  You say, "Hey, I'm working on getting clarity on the Rockmond question, meaning I want to make sure the studio gives us total green light if having him guest is something we want to do. I will keep you updated."

A.  Yes.

Q.  Working on getting clarity, what were you doing at that point?

A.  I had -- I mean, after everything that had gone down, I had to pick up a phone and call the executives at the studio and let them know what I wanted to do.

Q.  Who would those executives be?

A.  Well, it would start with Stephanie and Sharon, and then they would probably go to Tanya

Page 195

Menton or somebody in legal.

Q.  Okay. Do you remember having those conversations with Stephanie?

A.  Yep.

Q.  And what was her reaction?

A.  We already talked about this; right? Like I called her and told her what I wanted to do it, and it was like, let me get some clarity. And then it was like, stop talking to his reps, things are not repaired here yet.

Q.  Understood. Okay.

And by "studio" here, I'm assuming you meant 20th.

A.  Well, Disney, yeah.

Q.  Okay. So, would you agree that it was 20th that made the decision not to bring Mr. Dunbar back on the show?

A.  It wasn't me. I mean, it was Disney. It was whoever issued that mandate who had responsibility for the health and safety of the cast and crew.

Q.  Okay. But at this point, the mandate, I think, had been lifted, so --

A.  So then what was your question? Weren't you asking about the --

Q.  Who made the ultimate decision not to bring

Page 196

back Mr. Dunbar.

A.  I would -- yeah. It was the studio. It wasn't me.

Q.  Okay. Also, it says -- Ms. Reidel says here, "Maybe also get clarity on financial impact is?"

A.  Yep.

Q.  I'm assuming the "is" is a mistake.

"Are we paying him 100K"?

A.  Yep.

Q.  Why would you be worried about the financial impact there?

A.  What do you mean?

Q.  I mean, was there a particular reason why you understood Ms. Reidel was concerned about the financial impact?

A.  She was wondering if we were reinstating him to kind of his old salary.

Q.  Okay. And I believe your response here, if I scroll down to the next page, is, "Let's get permission first. Then we'll talk budget."

A.  Yes.

Q.  "It might be something that the network gives us breakage on."

A.  Right.

Q.  And by "breakage," you're referring to what



# EXHIBIT "C"

MS. RODRIGUEZ: I do not believe so, Your Honor.

(Jury present.)

THE COURT: Mr. Street, are you ready to call your first witness?

MR. STREET: Yes, I am, Your Honor.

The plaintiff calls Mr. Tim Minear to the stand.

THE CLERK: Please raise your right hand.

(Witness sworn.)

THE CLERK: Thank you.

Please state and spell your first and last name for the record.

THE WITNESS: My name is Tim Minear, M-i-n-e-a-r.

DIRECT EXAMINATION

BY MR. STREET:

Q. Good afternoon, sir. Mr. Minear, are you currently employed sir?

A. I'm sorry?

Q. Are you currently employed?

A. Yes.

Q. Where do you work?

A. I work for 20th Television.

Q. And what do you do for 20th Television?

A. I have a writing, producing overall deal with the company, and currently, I am the show writer on 9-1-1.

Q. And show writer, what does that term mean?

70

A.   So primarily, I'm the head writer so I come up with the stories and the story lines.  But beyond that, I also am producing the show so I'm vetting locations, costumes, casting and the editing room.

Q.   How long have you been a show runner for the show 9-1-1?

A.   We're going into our 9th season, and I took over as full-time show writer in Season 2.

Q.   Have you been involved with the show since its inception?

A.   Yes.

Q.   Season 1, do you recall when the show premiered?

A.   Season 1.  I don't remember the year, sorry.

Q.   If told you January 2018, does that sound familiar?

A.   Yeah, that sounds right.

Q.   Now, the show 9-1-1, what is that show about?

A.   First responders.

Q.   In any particular location?

A.   Los Angeles.

Q.   Were you involved in creating the show?

A.   I'm co-creator on the show.

Q.   Who are the other the creators?

A.   Ryan Murphy and Brad Falchuk.

Q.   An as the show runner, do you have creative control over the show?

A.   I have a large degree of creative control.

Q.   Do you have the ability as a show runner to create story lines for the show?

A.   That is my primary function.

Q.   As show runner, do you have the ability to write characters in and out of the show?

A.   Yes.

Q.   Do you know who Rockmond Dunbar is?

A.   Yes, I do.

Q.   And Mr. Dunbar was an actor on the show 9-1-1; correct?

A.   Yes.

Q.   What character did he play?

A.   He played Michael Grant, Angela Bassett's character's husband and then ex-husband.

Q.   And is Angela Bassett an important figure on the show?

A.   Yes.  She's the star of the show.

Q.   What's her role?  What's her character do?

A.   She plays an LAPD Field Sergeant.

Q.   And what about Rockmond's character, Michael Grant? What was his role on the show?

A.   He -- he played her gay husband that she divorces.  And father of her children.

Q.   Gay ex-husband.

A.   Correct.

Q.   Did Angela Bassett have any children on the show?

A.   Yes, two.

Q.   Do you recall how many episodes of 9-1-1 Rockmond appeared in?

A.   Not offhand.

Q.   Would you consider him a regular on the show?

A.   He was definitely a regular on the show, yes.

Q.   And were you aware of what -- how he was paid or how he was compensated for being on the show?

A.   Yes.

Q.   How was he paid?

A.   How was he paid?

Q.   Well, for example, was Rockmond paid for every episode of 9-1-1 that was produced or was he only paid for episodes?

A.   He was paid per season.  It was all shows produced.

Q.   By that token, Rockman, say Season 2, if there was an episode that's produced, and his character doesn't appear in the episode, he still got paid for it.

A.   All shows produced, yes.

Q.   And do other people on the show have that same deal?

A.   Well, I mean, they all have that deal.  It's just they're in every episode.

Q.   Got it, okay.  And Rockmond wasn't necessarily in every episode.

A.   No, not every episode.

Q.   So he wasn't a central character on the show.

A.   Correct.

73

Q.   Do you think Rockmond is a good actor?

A.   I think he is one of the best actors I have ever worked with.

Q.   And was he -- did he do a good job acting on the show 9-1-1?

A.   Impeccable.  Like completely under used on the show.

Q.   Why do you -- why do you say that?

A.   Because there was nothing for that character really to do.  So I always felt terrible that here is this amazing actor, and he was coming in and delivering a couple of lines, and he didn't have a lot to do.

Q.   But you were willing to pay him to do that.

A.   Yeah.

Q.   Was there a point in time in the show 9-1-1's history where you considered killing off Rockmond's character?

A.   Yes.

Q.   When was that?

A.   I think it was Season 3?  I gave him a brain tumor.

Q.   And what happened?

A.   I didn't kill him off.

Q.   He survived a brain tumor?

A.   Yeah, and we actually had -- look, he was great.  We had a discussion.  He was playing the scenes brilliantly.  And, you know, we just had a -- I remember we had a conversation, I was on set that day which was not all that often, and he

said I understand you've gotta do what you've gotta do creatively, but I just want you to know I love this job, and I love working here, and if he could survive, that would be good.  So that persuaded me to spare Michael.

Q.   Did you as the -- and you were show runner at that time?

A.   Yes.  I was.

Q.   Did you -- from a creative standpoint, did you want to kill the character off?

A.   Absolutely.

Q.   Why is that?

A.   Well, okay.  So the character of Michael was very useful in the first season of the show to sort of dramatize Angela's story arc and what she was going through.  At some point, though, uh, that character gets divorced from the main character, and another first responder character is now married to the Angela character.

So the character of Michael is useful in some domestic settings, but he's not really getting the tip of the spear stories.  I tried to give him a couple of those, and he was great, but, you know, it's not 9-1-1 where's my architect?  You know?  It was about firefighters and police and first responders.

So at that point, an ancillary character is only as good as how they service the main character, and if that character were to have died, that would have given Angela's

75

character a ton of story.

Q.   So killing Rockmond's character off in Season 3 would have been a good move for Angela Bassett's character.

A.   Well, it didn't have to be Season 3.  It could have happened in Season 4, you know?  It just depends on how you want that story arc to play out, how much juice you can get out of it, you know, before the end happens.  But I decided not to do that so it's not like there was an episode -- a certain episode that he was gonna die in that he did not end up dying in.

Q.   So I just want to nail down the timeline here.  So Season 3 is when Rock's character, Michael Grant, suffered the brain tumor or brain injury?

A.   Yeah.  He would not have died in that season.

Q.   And at some point after Rock's character suffered that injury, you as the show runner did consider killing that character off.

A.   Yeah, that was the original idea.

Q.   And you decided not to do that?

A.   That's right.

Q.   And you decided not to do that because of -- well, explain to me again.  Your ultimate decision not to kill the character off, how did you reach that decision?

A.   The truth of the matter is Rock asked me not to.  I just didn't have the heart to do it.

76

Q.   So you changed the story line creatively.

A.   I didn't change the story line.  I moved it in a different direction.  It's not like the story had all been figured out.

Q.   But the character lived.

A.   The character lived.

Q.   And the character continued on the show in Season 4?

A.   Yes.

Q.   And the character, Rock's character, continued on the show in Season 5.

A.   Yep.

Q.   At some point in Season 5, did you write Rock's character out of the show?

A.   We did.

Q.   Why did you do that?

A.   Because of the COVID vaccination mandates.

Q.   Okay.  And let's go to that right now.  As far as the COVID vaccination mandate on the show 9-1-1, can you tell me do you recall how that was instituted?  When you found out about it?

A.   It's been a while.  But when we first came back to work during COVID, before there was a vaccine, there was just a lot of concern.  People were unsure as to what the extent of the COVID pandemic was going to be, and how could we keep people employed, and what process could we institute on the

set to keep people as safe as possible.  That was before, I believe, the vaccine.

Once there was word that there was going to be a vaccine, then the company -- well, actually, it was really the unions like SAG, DGA, WGA had these return to work negotiations that they did with all the big studios.

So at some point, it was decided that there would be certain zones on a TV set -- not a TV set, but on the set of the TV show.  And those zones would be required for everyone working within that zone who was eligible to be vaccinated to be vaccinated.  And memos were sent out telling everybody the dates that they would have to get the first and the second vaccination in order to be considered fully vaccinated by a date certain which was sometime, I think, October, mid or late October?  That's -- that's what it was.

Q.   And let me step back.  So with the show 9-1-1, were you shooting episodes during the pandemic before the vaccines --

A.   Yes.

Q.   -- were available?

A.   Yes, we were.

Q.   And how did you manage to do that in a safe way?

A.   Okay.  So it's a very complicated process.  First of all, we had mandatory testing.  Everyone tested -- everyone who was on the set tested multiple times a week.  And if somebody tested positive, then they were quarantined for a

certain amount of days.  We also had -- we also had COVID compliance officers on the set who would make sure people were distancing, wearing their masks and, you know, following all the procedures.  Now, I think maybe it worked because I think the infection rate on our set was lower than in like the general population.

Q.   And did Rock as an actor -- was Rock working on the show during that time?

A.   Yes.

Q.   And did Rock follow those protocols?

A.   I did not hear otherwise.

Q.   Okay.  So tell me again, going back to Zone A, B C, D, can you tell me what Zone A encompassed if you know?

A.   Yeah.  I think it's -- it's the cast, it's the director, uh, ADs.  It would probably be hair and makeup.  And anyone who kind of comes into contact with cast members, that would be Zone A.

Q.   And what is Zone B?

A.   I am not sure.

Q.   Do you know what was Zone C is?

A.   No.  I was working remotely.

Q.   I assume you don't know what Zone D is either.

A.   No, but it can't be good.

Q.   Was it your understanding, sir, that every person who worked on the show 9-1-1 had to comply with the COVID vaccine

policy?

A.   I believe that's right, I think all adults because I think there was a question about the vaccine and children. And we also had -- you know, we had immune compromised cast members as well including one child.  So I think the children were exempt.

Q.   What about people -- if a person was on leave like on a maternity leave, was that person required to comply with the policy?

A.   In order to come back to work?

Q.   Yeah.  If an actor had been on maternity leave while the vaccine policy was in effect, would that person have to show compliance with the vaccine policy or not?

A.   I'm sure they would if they were gonna come back to work.

Q.   And the policy was still in place.

A.   If the policy were still in place, yeah.

Q.   Did you know -- did you know that Rock objected to taking the Covid-19 shot?

A.   At some point, that was made known to me, and certainly, he called me at some point himself.

Q.   Do you recall when you learned that?

A.   You know, I don't know.  During that time, I was really running 9-1-1 Loan Star.  And so my other executive producer was covering it day-to-day on 9-1-1.  I'm pretty sure she had

reached out to me to let me know she had heard that Rock did not want to get the vaccination.  And we happened to be in the process of prepping and shooting an episode that he was quite big in which was fairly unusual.  So we were about to, you know, tell this big story with that character for once, and she didn't know if we would be able to finish telling that story so I think she was a little freaked out.

Q.   Is that person named Kristin Rydell?

A.   Correct.

Q.   Did you know that Rockmond was requesting a religious accommodation?

A.   I knew when he called me and told me.

Q.   Did he tell you anything about his religious beliefs?

A.   He told me -- he told me that he and his family, I think, attended a particular church where he got his spiritual guidance from the minister, and it was against the tenets of that faith.  And I think he may have sent me like a link to a website or somethin'.  I'm not sure I investigated that, but that's what he -- that's what I remember him telling me.

Q.   Did you have any reason to believe that Rockmond was lying to you about his beliefs?

A.   No.  Certainly not.

Q.   And did you doubt the sincerity of his beliefs?

A.   I didn't question the sincerity of his beliefs.  It's

81

just not my place to question someone's religious beliefs, sincere or otherwise.

Q.   Did you respect his decision to object to the Covid-19 shot?

A.   I respect anyone's decision to object to the Covid-19 shot.

Q.   Did you think his decision was brave?

A.   In a way, I think maybe it was.  Look, I probably would not have gotten vaccinated myself except I didn't want to lose my job because I was skeptical of it, too.  And do I regret having done that?  I'm not sure.  But was that brave? Yeah, I think that could be considered brave.

Q.   Did you do anything personally to help Rockmond with his request for a religious accommodation?

A.   No.  That's not my function.

Q.   Okay.  Well, what about when you decided to write his character out of the show?  Or let me ask it a different way. Was there some point around the time Rock requested his religious accommodation that you decided to write Rock's character out of the show?

A.   Well, we had to because he wasn't going to be available to be in front of the camera.

Q.   And did you at that point intend to bring the character back?

A.   What I intended was to leave the door open, and that's

82

what I told him.  The only power really that I have -- look, I'm not the person that you bring your request for an accomodation because there are people in employee services who make those determinations.  I have no influence over those people nor do I want to.

But the power that I do have is creative.  So I can kill off a character or I can decide not to kill off a character.  And in this case, I promised him repeatedly that I have the power of life and death over Michael Grant, not Rock Dunbar, and that I will give him the most elegant exit from the scene that I can, but keep that character alive so that in the future, the door would be open, and, you know, we would see what would happen at that point.

Q.   And do you recall -- did you explain that to Rockmond?

A.   Yeah, I did.

Q.   And do you recall when you made that decision to -- by the way, when you wrote the character out of the show, how did you do that?

A.   Well, somebody else actually wrote those scenes, but he went off to Haiti to do humanitarian work which I think you'll agree is. . .

Q.   And do you recall when you made this decision to create that story line -- to make that decision to create that story line for Rock's character?

A.   I think it was probably after we knew that he wasn't

83

gonna get the vaccine, and they hadn't granted him an accommodation.

Q.   And did you view that story line -- so the sending Rock's character off to Haiti to build houses, did you think it was good for the character?

A.   I thought it was fine for the character.

Q.   And did you ever explain that to Rock?

A.   I just remember we had probably just one phone conversation where I think I just repeatedly said we're going to send him away.  We're gonna come up with a reason to send him away, and I'm not going to kill the character.

MR. STREET:  I'd like to show you an exhibit, sir.

And Your Honor, I'd like to make this the first exhibit that we move into evidence.

THE COURT:  What's the exhibit number?

MR. STREET:  26.

THE COURT:  Exhibit 6?

MR. STREET:  26.

THE COURT:  Oh.

BY MR. STREET:

Q.   Mr. Minear, there's a binder next to you, a black binder with a little blue sticky note that says witness.

A.   Yes.  Should I grab it?

Q.   I'd like you to grab that.  Yes, please, sir.  There should be a tab with 26 on it.  I'd like you to turn to that,

please.  Please take a look at document Exhibit 26, sir.

THE COURT:  This is not a stipulated exhibit so you shouldn't be showing it until you've established a foundation.

MR. STREET:  Sorry, Your Honor.

Mr. Minear, let me know when you're ready, sir.

MS. RODRIGUEZ:  Your Honor, might I be heard?  We will not object to the exhibit so long as it adheres to the original pages that were produced.

THE COURT:  All right.  If that's -- if this is appropriate for your purposes, then you may publish.

MR. STREET:  Which pages are those?

MS. RODRIGUEZ:  The pages that were identified as an Exhibit as 1679 to 1682.  I believe there are extra pages in this.

MR. STREET:  So we'll publish it, Your Honor, as just the first three pages.

THE COURT:  First three pages?

MR. STREET:  First three pages of Exhibit 26.

THE WITNESS:  All the way to 27; right?

MR. STREET:  Just the first three pages.

THE WITNESS:  Oh, okay.  Then I read them.

BY MR. STREET:

Q.   Sir, do you recognize the first three pages of Exhibit 26 that you've reviewed?

A.   Yes.

Q.   And what are those pages?

A.   They are the text exchange between myself and Rockmond.

Q.   And can you tell me where on the first page of Exhibit 26 what bubbles indicate your communication and which bubbles indicate Rockmond's?

A.   I'm the gray on the left, and he's the blue on the right.

MR. STREET:  Your Honor, I move to admit Exhibit 26.

THE COURT:  It is admitted.

(Exhibit 26 admitted.)

THE COURT:  You may publish.

BY MR. STREET:

Q.   Sir, I'd like to ask you, the first page of Exhibit 26, the gray -- the first gray bubble, do you see that, sir?

A.   Yeah.

Q.   The one that says I wasn't a fan of that first scene for tomorrow?

A.   Yeah.

Q.   And you see the data that appears above that text message?

A.   October 11th, 2021.

Q.   And is that -- sir, is that a text message that you sent to Rockmond Dunbar on October 11th of 2021?

A.   Yes.

Q.   And then the message in blue is a response from Rockmond to you?

A.   Yes.

Q.   And below that blue bubble, do you see another gray bubble?

A.   Yes.

Q.   From yourself.

A.   Mm-hmm.

Q.   And do you see the date of that -- above that bubble?

A.   October 12th.

Q.   And you wrote hey, give me a call.  Word has reached that you're upset.

A.   Yeah.

Q.   Do you see that?

A.   Yeah.

Q.   Okay.  And that's a message that you sent to Rockmond on October 12th, 2021?

A.   Yep.

Q.   You then said if I didn't say it, then it's not a thing. I am not writing you off the show.

A.   Right.

Q.   That was a true statement?

A.   Yes.

Q.   As of October 12th, 2021?

A.    Yes.

Q.    You then say I'm sending Michael to Haiti.  And actually, can you turn to the next page --

A.    Yes.

Q.    -- so we can see the entire message?  I am sending Michael to Haiti, and we're using that to let things untangle.

A.    Correct.

Q.    And, again, that last sentence, I'm sending Michael to Haiti, and we're using that to let things untangle, that was a true statement?

A.    Yes.

Q.    What did you mean when you wrote that to Rockmond?

A.    Everything was -- we were just in a very uncertain time in the business and in the country, and that I was not going to kill off his character, that I just -- things needed to settle.  I just figured at some point, the madness would pass.

Q.    So as of this date, October 12th, 2021, as a creative decision, you wanted to bring Rock's character back to the show.

A.    Yeah.

Q.    And you intended to bring his character back to the show.

A.    In some capacity, for sure.

88

Q.    You then say on the middle of page 2 on Exhibit 26 I am God.

A.    Yes.

Q.    Do you see that?

A.    Yes.

Q.    What did you mean by that?

A.    Uh, that I have the power for my characters to live or die.

Q.    You are invoking a higher power, a deity, in that statement; right?

A.    I wasn't invoking a higher power?

Q.    Right.

A.    I wasn't really -- I'm not really God.  No, I was just talking about creatively on the show when it comes to the power of life and death for characters.  That's what I meant.

Q.    That's something as a general matter that you have the ultimate control over.

A.    Yeah.

Q.    And that's something as a creative matter, you wanted to bring Rock's character back to the show.

A.    Yeah, I was ready -- I was not ready to say good-bye to that character.

Q.    Having seen the date of this email exchange, October 12th, 2021, does that refresh your recollection, sir, about when you made the decision to send Rock's character to

Haiti?

A.    Well, it was -- yeah, it was probably in the days leading up to whatever we were shooting here which I think was his -- some of his final scenes.

Q.    At some point before October 12th.

A.    Yes, for sure.  Probably like a week.

Q.    Uh --

A.    I mean, we had to plan for that contingency.

Q.    And did you, in fact, ever bring Rock's character back to the show?

A.    His character?  Uh, just a couple weeks ago.

            MS. RODRIGUEZ:  Objection, prior order.

            THE COURT:  Sustained.

            MS. RODRIGUEZ:  Your Honor, can we request to move to strike that response?

            THE COURT:  It's stricken.

            MS. RODRIGUEZ:  Thank you.

BY MR. STREET:

Q.    Mr. Minear, I just have a few more questions.

A.    Yes.

Q.    And I appreciate you coming late and staying --

A.    You're welcome.

Q.    -- staying late.  Has Rockmond Dunbar ever lied to you?

A.    Not that I'm aware of.

Q.    Has Rockmond Dunbar ever concealed information from you?

A.    Not that I'm aware of.

        MR. STREET:  Your Honor, I have no further questions at this time.

        THE COURT:  Cross-examination?

        MS. RODRIGUEZ:  Thank you, Your Honor.

                    CROSS-EXAMINATION

BY MS. RODRIGUEZ:

Q.    Thank you, Mr. Minear.

A.    You're welcome.

Q.    Mr. Minear, how long have you known Rockmond Dunbar?

A.    Um, probably about 15 years.  He was in a show that I did for FX a while back.

Q.    Is your relationship with Mr. Dunbar personal or professional?

A.    Professional.

Q.    Have you ever heard Mr. Dunbar reference God?

A.    Specifically God?  I mean, he -- he referenced his religious objection to a vaccine, and that's the closest that ever got.

Q.    Prior to you learning about his religious objection to the vaccine, has Mr. Dunbar ever shared his spiritual beliefs with you?

A.    No.

Q.    Did he ever mention his religion to you prior to that?

A.    No.

# EXHIBIT "D"

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/1/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "simis, jennifer t." <jennifer.t.simis@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "schwartz, lori dr." <lori.schwartz@abc.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"simis, jennifer t." <jennifer.t.simis@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "chung, steve" <steve.chung@disney.com> "burke, karey" <karey.burke@disney.com>;"walden, dana" <dana.walden@disney.com> "alexander, chris" <chris.alexander@disney.com>;"chung, steve" <steve.chung@disney.com>;"coleman, sonia" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

**PRIVILEGE LOG**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <sonia.coleman@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"taylor, amy" <amy.taylor@abc.com>;"williams, carlos" <carlos.williams@disney.com> | | |
| 11/1/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com>;"schwartz, lori dr." <lori.schwartz@abc.com> "hernandez, albert" <albert.hernandez@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com> "chung, steve" <steve.chung@disney.com>;"coleman, sonia" <sonia.coleman@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

2

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/1/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "simis, jennifer t." <jennifer.t.simis@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "simis, jennifer t." <jennifer.t.simis@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "chung, steve" <steve.chung@disney.com> "coleman, sonia" <sonia.coleman@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "chung, steve" <steve.chung@disney.com>;"hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding | Attorney-client privilege; Attorney work product |

3

<u>**PRIVILEGE LOG**</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> "simis, jennifer t." <jennifer.t.simis@disney.com> | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 10/4/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "gilmore, charissa" <charissa.gilmore@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "chung, steve" <steve.chung@disney.com>;"coleman, sonia" <sonia.coleman@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "chung, steve" <steve.chung@disney.com>;"hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/29/2021 | "hernandez, albert" <65ae0f1146304a58b9bcb6f34fcb8ed5-hernandez,@exchangelabs.com> bryan.noon@disney.com tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding vaccine accommodation requests | Attorney-client privilege; Attorney work product |
| 11/2/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding | Attorney-client privilege; Attorney work product |

4

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"schwartz, lori dr." <lori.schwartz@abc.com> | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 11/19/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"walker, franklin" <franklin.walker@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"taylor, amy" <amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

5

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/13/2021 | "chung, steve" <steve.chung@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"simis, jennifer t." <jennifer.t.simis@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/4/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "burke, karey" <karey.burke@disney.com> "chung, steve" <steve.chung@disney.com> "alexander, chris" <chris.alexander@disney.com>;"coleman, sonia" <sonia.coleman@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"taylor, amy" <amy.taylor@abc.com>;"walden, dana" <dana.walden@disney.com>;"williams, carlos" | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

6

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<carlos.williams@disney.com\> | | |
| 11/26/2021 | "nguyen, erin t." \<erin.t.nguyen@disney.com\> "hernandez, albert" \<albert.hernandez@disney.com\> "rendon, yvonne d." \<yvonne.d.rendon@disney.com\> | Correspondence between Employee Relations at direction of Inside Counsel/Legal Department regarding requests for accommodation. | Attorney-client privilege; Attorney work product |
| 11/30/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "hernandez, albert" \<albert.hernandez@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "hernandez, albert" \<albert.hernandez@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> "simis, jennifer t." \<jennifer.t.simis@disney.com\> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/4/2021 | "nguyen, erin t." \<erin.t.nguyen@disney.com\> "hernandez, albert" \<albert.hernandez@disney.com\>;"menton, tanya l." \<tanya.l.menton@disney.com\> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "coleman, sonia" \<sonia.coleman@disney.com\> "gilmore, charissa" \<charissa.gilmore@disney.com\>;"hernandez, albert" \<albert.hernandez@disney.com\>;"menton, tanya l." \<tanya.l.menton@disney.com\> "chung, steve" \<steve.chung@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/2/2021 | "schwartz, lori dr." \<lori.schwartz@abc.com\> | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | | WITHHELD DOCUMENTS | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 10/1/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "simis, jennifer t." <jennifer.t.simis@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "schwartz, lori dr." <lori.schwartz@abc.com> "hernandez, albert" <albert.hernandez@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "coleman, sonia" <sonia.coleman@disney.com> "chung, steve" <steve.chung@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"hernandez, albert" <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "chung, steve" <steve.chung@disney.com> "hernandez, albert" | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <albert.hernandez@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | need for advice and counsel thereto. | |
| 12/31/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "latcheva, anjela" <anjela.latcheva@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"thomas, lakeitcha" <lakeitcha.thomas@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/31/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> "latcheva, anjela" <anjela.latcheva@disney.com>;"thomas, lakeitcha" <lakeitcha.thomas@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/18/2021 | "latcheva, anjela" <anjela.latcheva@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/31/2021 | "levinson, stephanie" <stephanie.levinson@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"thomas, lakeitcha" <lakeitcha.thomas@disney.com> "latcheva, anjela" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

9

**<u>PRIVILEGE LOG</u>**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <anjela.latcheva@disney.com>;"walker, franklin" <franklin.walker@disney.com> | | |
| 11/17/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "latcheva, anjela" <anjela.latcheva@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/31/2021 | "thomas, lakeitcha" <lakeitcha.thomas@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"walker, franklin" <franklin.walker@disney.com> "latcheva, anjela" <anjela.latcheva@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/18/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "latcheva, anjela" <anjela.latcheva@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "gilmore, charissa" <charissa.gilmore@disney.com> "alexander, chris" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

## <u>PRIVILEGE LOG</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <chris.alexander@disney.com>;"chung, steve" <steve.chung@disney.com>;"mucha, zenia" <zenia.mucha@disney.com> "klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"ryan, shannon" <shannon.ryan@disney.com> | need for advice and counsel thereto. | |
| 11/8/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "harris, jonathan" <jonathan.harris@disney.com> "alexander, chris" <chris.alexander@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"taylor, amy" <amy.taylor@abc.com>;"walker, franklin" <franklin.walker@disney.com> "caprielian, stephanie a." <stephanie.a.caprielian@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "alexander, chris" <chris.alexander@disney.com> "walker, franklin" <franklin.walker@disney.com> "caprielian, stephanie a." | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <stephanie.a.caprielian@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"taylor, amy" <amy.taylor@abc.com> | accommodation and the need for advice and counsel thereto. | |
| 11/9/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "walker, franklin" <franklin.walker@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "chai, courtney" <courtney.chai@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "walker, franklin" <franklin.walker@disney.com> "romero, karen" <karen.romero@disney.com> "cilluffo, chris" <chris.cilluffo@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <stephanie.levinson@disney.com> | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 11/16/2021 | "alexander, chris" <chris.alexander@disney.com> "burke, karey" <karey.burke@disney.com>;"chung, steve" <steve.chung@disney.com>;"diederich, nissa" <nissa.diederich@disney.com>;"francis, jane" <jane.francis@disney.com>;"klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"mucha, zenia" <zenia.mucha@disney.com>;"walker, franklin" <franklin.walker@disney.com>;"williams, carlos" <carlos.williams@disney.com> "bulochnikov, naomi" <naomi.bulochnikov@disney.com>;"ryan, shannon" <shannon.ryan@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> tanya.l.menton@disney.com sharon.klein@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 7/15/2021 | "williams, carlos" <carlos.williams@disney.com> "chai, courtney" <courtney.chai@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com>;"klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

13

<u>PRIVILEGE LOG</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<stephanie.levinson@disney.com>;"walker, franklin" \<franklin.walker@disney.com> | | |
| 11/8/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "walker, franklin" \<franklin.walker@disney.com> "levinson, stephanie" \<stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "walker, franklin" \<franklin.walker@disney.com> "levinson, stephanie" \<stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "walker, franklin" \<franklin.walker@disney.com> "alexander, chris" \<chris.alexander@disney.com> "caprielian, stephanie a." \<stephanie.a.caprielian@disney.com>;"fujiu, lauren" \<lauren.fujiu@disney.com>;"harris, jonathan" \<jonathan.harris@disney.com>;"levinson, stephanie" \<stephanie.levinson@disney.com>;"menton, tanya l." \<tanya.l.menton@disney.com>;"nguyen, erin t." \<erin.t.nguyen@disney.com>;"sharpless, dana" \<dana.sharpless@disney.com>;"taylor, amy" \<amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "fujiu, lauren" \<lauren.fujiu@disney.com>;"walker, franklin" \<franklin.walker@disney.com> "chai, courtney" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

14

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| WITHHELD DOCUMENTS | | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <courtney.chai@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | | |
| 11/11/2021 | "alexander, chris" <chris.alexander@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "alexander, chris" <chris.alexander@disney.com>;"caprielian, stephanie a." <stephanie.a.caprielian@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"taylor, amy" <amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "ingram, nancy" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

15

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<nancy.ingram@disney.com\>;"levinson, stephanie" \<stephanie.levinson@disney.com\>;"norihiro, naomi" \<naomi.norihiro@disney.com\> | need for advice and counsel thereto. | |
| 12/7/2021 | "walker, franklin" \<franklin.walker@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"menton, tanya l." \<tanya.l.menton@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "walker, franklin" \<franklin.walker@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" \<45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com\> nissa.diederich@disney.com | Correspondence between Executive Team sharing correspondence with Inside Counsel/Legal Department, Employee Relations, and Executive Team regarding Rockmond Dunbar's accommodation requests, guidance on next steps, etc. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" \<45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com\> tanya.l.menton@disney.com erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 7/15/2021 | "walker, franklin" \<franklin.walker@disney.com\> "chai, courtney" \<courtney.chai@disney.com\>;"fujiu, lauren" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <lauren.fujiu@disney.com> "klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"williams, carlos" <carlos.williams@disney.com> | need for advice and counsel thereto. | |
| 7/15/2021 | "chai, courtney" <courtney.chai@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com>;"walker, franklin" <franklin.walker@disney.com> "klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"williams, carlos" <carlos.williams@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "chai, courtney" <courtney.chai@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"levinson, stephanie" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

17

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<stephanie.levinson@disney.com\> | | |
| 10/20/2021 | "romero, karen" \<karen.romero@disney.com\> "walker, franklin" \<franklin.walker@disney.com\> "cilluffo, chris" \<chris.cilluffo@disney.com\>;"levinson, stephanie" \<stephanie.levinson@disney.com\> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "nguyen, erin t." \<erin.t.nguyen@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"menton, tanya l." \<tanya.l.menton@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"walker, franklin" \<franklin.walker@disney.com\> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "walker, franklin" \<franklin.walker@disney.com\> "menton, tanya l." \<tanya.l.menton@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "walker, franklin" \<franklin.walker@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" \<45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com\> nissa.diederich@disney.com | Correspondence between Executive Team sharing correspondence with Inside Counsel/Legal Department, Employee Relations, and Executive Team regarding Rockmond Dunbar's accommodation requests, guidance on next steps, | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | | WITHHELD DOCUMENTS | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | | etc. | |
| 10/6/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> tanya.l.menton@disney.com erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> franklin.walker@disney.com erin.t.nguyen@disney.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"walker, franklin" <franklin.walker@disney.com> "chai, courtney" <courtney.chai@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/11/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "alexander, chris" <chris.alexander@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"walker, franklin" <franklin.walker@disney.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<jonathan.harris@disney.com\> | | |
| 10/6/2021 | "nguyen, erin t." \<erin.t.nguyen@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"menton, tanya l." \<tanya.l.menton@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "ingram, nancy" \<nancy.ingram@disney.com\> "menton, tanya l." \<tanya.l.menton@disney.com\>;"walker, franklin" \<franklin.walker@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"norihiro, naomi" \<naomi.norihiro@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "nguyen, erin t." \<erin.t.nguyen@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"menton, tanya l." \<tanya.l.menton@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/7/2021 | "menton, tanya l." \<tanya.l.menton@disney.com\> "levinson, stephanie" \<stephanie.levinson@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\>;"walker, franklin" \<franklin.walker@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

20

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 11/17/2021 | "romero, karen" <karen.romero@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Executive Team gathering information at the direction of counsel | Attorney-client privilege; Attorney work product |
| 11/30/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "harris, jonathan" <jonathan.harris@disney.com> "alexander, chris" <chris.alexander@disney.com>;"caprielian, stephanie a." <stephanie.a.caprielian@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"taylor, amy" <amy.taylor@abc.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

21

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 11/9/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/16/2021 | "alexander, chris" <chris.alexander@disney.com> "burke, karey" <karey.burke@disney.com>;"chung, steve" <steve.chung@disney.com>;"diederich, nissa" <nissa.diederich@disney.com>;"francis, jane" <jane.francis@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"mucha, zenia" <zenia.mucha@disney.com>;"walker, franklin" <franklin.walker@disney.com>;"williams, carlos" <carlos.williams@disney.com> "bulochnikov, naomi" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <naomi.bulochnikov@disney.com>;"ryan, shannon" <shannon.ryan@disney.com> | | |
| 12/2/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "alexander, chris" <chris.alexander@disney.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/7/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "ingram, nancy" <nancy.ingram@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"norihiro, naomi" <naomi.norihiro@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> sharon.klein@disney.com | Correspondence between Executive Team sharing correspondence with Inside Counsel/Legal Department, Employee Relations, and Executive Team regarding Rockmond Dunbar's accommodation requests, guidance on next steps, etc. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> franklin.walker@disney.com erin.t.nguyen@disney.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "alexander, chris" <chris.alexander@disney.com> "gilmore, charissa" <charissa.gilmore@disney.com>;"mucha, zenia" <zenia.mucha@disney.com> "klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"ryan, shannon" <shannon.ryan@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| WITHHELD DOCUMENTS | | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 11/8/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/11/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "alexander, chris" <chris.alexander@disney.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/11/2021 | "walker, franklin" <franklin.walker@disney.com> "alexander, chris" <chris.alexander@disney.com> "chai, courtney" <courtney.chai@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"sharpless, dana" <dana.sharpless@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> "harris, jonathan" <jonathan.harris@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

**PRIVILEGE LOG**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/20/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/16/2021 | "alexander, chris" <chris.alexander@disney.com> "burke, karey" <karey.burke@disney.com>;"chung, steve" <steve.chung@disney.com>;"diederich, nissa" <nissa.diederich@disney.com>;"francis, jane" <jane.francis@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"mucha, zenia" <zenia.mucha@disney.com>;"walker, franklin" | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<franklin.walker@disney.com>;"williams, carlos" \<carlos.williams@disney.com> "bulochnikov, naomi" \<naomi.bulochnikov@disney.com>;"ryan, shannon" \<shannon.ryan@disney.com> | | |
| 10/8/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "levinson, stephanie" \<stephanie.levinson@disney.com>;"nguyen, erin t." \<erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "levinson, stephanie" \<stephanie.levinson@disney.com>;"nguyen, erin t." \<erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/7/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "levinson, stephanie" \<stephanie.levinson@disney.com>;"nguyen, erin t." \<erin.t.nguyen@disney.com>;"walker, franklin" \<franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "walker, franklin" \<franklin.walker@disney.com> "menton, tanya l." \<tanya.l.menton@disney.com> "levinson, stephanie" \<stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "menton, tanya l." \<tanya.l.menton@disney.com> "walker, franklin" \<franklin.walker@disney.com> "alexander, chris" \<chris.alexander@disney.com>;"caprielian, | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | stephanie a." <stephanie.a.caprielian@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"taylor, amy" <amy.taylor@abc.com> | counsel thereto. | |
| 10/20/2021 | "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> "harris, jonathan" <jonathan.harris@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 12/8/2021 | "nguyen, erin t." <erin.t.nguyen@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> tanya.l.menton@disney.com franklin.walker@disney.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> tanya.l.menton@disney.com franklin.walker@disney.com;jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/16/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "alexander, chris" <chris.alexander@disney.com>;"caprielian, stephanie a." <stephanie.a.caprielian@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"sharpless, dana" <dana.sharpless@disney.com>;"taylor, amy" <amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"walker, franklin" <franklin.walker@disney.com> "chai, courtney" <courtney.chai@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

**PRIVILEGE LOG**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | | need for advice and counsel thereto. | |
| 11/16/2021 | "alexander, chris" <chris.alexander@disney.com> "burke, karey" <karey.burke@disney.com>;"chung, steve" <steve.chung@disney.com>;"diederich, nissa" <nissa.diederich@disney.com>;"francis, jane" <jane.francis@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"mucha, zenia" <zenia.mucha@disney.com>;"walker, franklin" <franklin.walker@disney.com>;"williams, carlos" <carlos.williams@disney.com> "bulochnikov, naomi" <naomi.bulochnikov@disney.com>;"ryan, shannon" <shannon.ryan@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

31

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/13/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> "levinson, stephanie" <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/17/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> karen.romero@disney.com | Correspondence between Executive Team gathering information at the direction of counsel | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> erin.t.nguyen@disney.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/8/2021 | "levinson, stephanie" <45e69bf788e84fa39ef5b765834bad87-levinson,.s@exchangelabs.com> tanya.l.menton@disney.com erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/7/2021 | stephanie.levinson@disney.com "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/2/2021 | "menton, tanya l." | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jarrydcooper@paulhastings.com | Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 11/16/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel related thereto. | Attorney-client privilege; Attorney work product |
| 11/19/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jarrydcooper@paulhastings.com | Correspondence between Inside Counsel/Legal Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/4/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

33

**PRIVILEGE LOG**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | erin.t.nguyen@disney.com | need for advice and counsel thereto. | |
| 11/10/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com amy.taylor@abc.com;courtney.chai@disney.com; erin.t.nguyen@disney.com;jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/18/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jarrydcooper@paulhastings.com naomi.norihiro@disney.com | Correspondence between Inside Counsel/Legal Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> carla.collins@abc.com | Correspondence between Inside Counsel/Legal Department and Human Resources regarding Dunbar's requests for accommodation. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and | Attorney-client privilege; Attorney work product |

34

<u>PRIVILEGE LOG</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | shawna.swanson@disney.com | counsel thereto. | |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> stephanie.a.caprielian@disney.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> stephanie.l.leifer@abc.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d- | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding | Attorney-client privilege; Attorney work product |

35

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com albert.hernandez@disney.com;naomi.norihiro@disney.com | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 11/10/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com amy.taylor@abc.com;courtney.chai@disney.com; erin.t.nguyen@disney.com;jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/11/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> amy.taylor@abc.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/7/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

36

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | franklin.walker@disney.com | need for advice and counsel thereto. | |
| 10/8/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> amy.taylor@abc.com;erin.t.nguyen@disney.com;lauren.fujiu@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relationsregarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com amy.taylor@abc.com;erin.t.nguyen@disney.com;jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relationsregarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for | Attorney-client privilege; Attorney work product |

37

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | erin.t.nguyen@disney.com;lori.schwartz@abc.com | accommodation and the need for advice and counsel thereto. | |
| 10/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lori.schwartz@abc.com erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/17/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/17/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lori.schwartz@abc.com erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/4/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

38

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | erin.t.nguyen@disney.com | need for advice and counsel thereto. | |
| 10/6/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jarrydcooper@paulhastings.com | Correspondence between Inside Counsel/Legal Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" <stephanie.levinson@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/29/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> charissa.gilmore@disney.com;sonia.coleman@disney.com;steve.chung@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | erin.t.nguyen@disney.com;lori.schwartz@abc.com | accommodation and the need for advice and counsel thereto. | |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> amy.taylor@abc.com;erin.t.nguyen@disney.com;lauren.fujiu@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> francis.s.lam@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/13/2021 | tanya.l.menton@disney.com jonathan harris <jonathan.harris@disney.com> | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/2/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com;sylvia.mares@disney.com amy.taylor@abc.com;jill.welker@disney.com;jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d- | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding | Attorney-client privilege; Attorney work product |

40

**PRIVILEGE LOG**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | | WITHHELD DOCUMENTS | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 11/16/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> chris.alexander@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/4/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/25/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> anthony.pessino@abc.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/26/2021 | "menton, tanya l." | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com | Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 11/1/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/2/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Departmen regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> jarrydcooper@paulhastings.com | Correspondence between Inside Counsel/Legal Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com amy.taylor@abc.com;courtney.chai@disney.com; erin.t.nguyen@disney.com;jonathan.harris@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d- | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for | Attorney-client privilege; Attorney work product |

43

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | menton,.tan@exchangelabs.com> steve.chung@disney.com | accommodation and the need for advice and counsel thereto. | |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> amy.taylor@abc.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> francis.s.lam@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "cooper, jarryd" <jarrydcooper@paulhastings.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> albert.hernandez@disney.com;erin.t.nguyen@disn | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

44

<u>PRIVILEGE LOG</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | ey.com | | |
| 11/9/2021 | "cooper, jarryd" <jarrydcooper@paulhastings.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Outside Counsel Paul Hastings LLP regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/16/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Departmen regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/17/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/4/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/26/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lauren.fujiu@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d- | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | **WITHHELD DOCUMENTS** | | |
| --- | --- | --- | --- |
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | menton,.tan@exchangelabs.com> franklin.walker@disney.com | accommodation and the need for advice and counsel thereto. | |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> amy.taylor@abc.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> amy.taylor@abc.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> carla.collins@abc.com;erin.t.nguyen@disney.com ;francis.s.lam@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations, Human Resources and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/16/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> chris.alexander@disney.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "menton, tanya l." | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 11/10/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;jarrydcooper@paulhastings.com | Correspondence between Inside Counsel/Legal Department, Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/18/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> carla.collins@abc.com naomi.norihiro@disney.com | Correspondence between Inside Counsel/Legal Department and Human Resources regarding Dunbar's requests for accommodation. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | steve.chung@disney.com | counsel thereto. | |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> stephanie.l.leifer@abc.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/8/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/16/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/5/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| Date | From/To/Copied | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| | | **WITHHELD DOCUMENTS** | |
| | erin.t.nguyen@disney.com;lori.schwartz@abc.com | accommodation and the need for advice and counsel thereto. | |
| 10/13/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> shawna.swanson@disney.com | Correspondence between Inside Counsel/Legal Department regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "menton, tanya l." <2b3aa911157a424196c0c3033ffc006d-menton,.tan@exchangelabs.com> erin.t.nguyen@disney.com;lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"taylor, amy" <amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/17/2021 | "cooper, jarryd" <jarrydcooper@paulhastings.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "nguyen, erin t." <erin.t.nguyen@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

49

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | | WITHHELD DOCUMENTS | |
| --- | --- | --- | --- |
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 10/20/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "caprielian, stephanie a." <stephanie.a.caprielian@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"taylor, amy" <amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> albert.hernandez@disney.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271- | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding | Attorney-client privilege; Attorney work product |

<u>**PRIVILEGE LOG**</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 10/20/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "cooper, jarryd" <jarrydcooper@paulhastings.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "caprielian, stephanie a." <stephanie.a.caprielian@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> "harris, jonathan" <jonathan.harris@disney.com>;"nguyen, erin t." | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<erin.t.nguyen@disney.com>;"taylor, amy" \<amy.taylor@abc.com> | | |
| 10/25/2021 | "schwartz, lori dr." \<lori.schwartz@abc.com> "menton, tanya l." \<tanya.l.menton@disney.com>;"nguyen, erin t." \<erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "schwartz, lori dr." \<lori.schwartz@abc.com> "menton, tanya l." \<tanya.l.menton@disney.com>;"nguyen, erin t." \<erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "nguyen, erin t." \<5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "nguyen, erin t." \<5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/8/2021 | "nguyen, erin t." \<5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "nguyen, erin t." \<5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and | Attorney-client privilege; Attorney work product |

52

<u>**PRIVILEGE LOG**</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | tanya.l.menton@disney.com | counsel thereto. | |
| 10/14/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" <stephanie.levinson@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "levinson, stephanie" <stephanie.levinson@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/16/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com albert.hernandez@disney.com;naomi.norihiro@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | tanya.l.menton@disney.com | need for advice and counsel thereto. | |
| 11/8/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/4/2021 | "nguyen, erin t." | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

54

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | | WITHHELD DOCUMENTS | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 10/20/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "nguyen, erin t." <erin.t.nguyen@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/16/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> naomi.norihiro@disney.com;tanya.l.menton@disney.com albert.hernandez@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 11/9/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/4/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/29/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/25/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/28/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive | Attorney-client privilege; Attorney work product |

56

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | \<tanya.l.menton@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 10/20/2021 | "schwartz, lori dr." \<lori.schwartz@abc.com\> "menton, tanya l." \<tanya.l.menton@disney.com\> "nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "fujiu, lauren" \<lauren.fujiu@disney.com\> "menton, tanya l." \<tanya.l.menton@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\>;"taylor, amy" \<amy.taylor@abc.com\> "harris, jonathan" \<jonathan.harris@disney.com\> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "fujiu, lauren" \<lauren.fujiu@disney.com\> "menton, tanya l." \<tanya.l.menton@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\>;"taylor, amy" \<amy.taylor@abc.com\> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/21/2021 | "schwartz, lori dr." \<lori.schwartz@abc.com\> "menton, tanya l." \<tanya.l.menton@disney.com\>;"nguyen, erin t." \<erin.t.nguyen@disney.com\> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/1/2021 | "hernandez, albert" \<albert.hernandez@disney.com\> "menton, tanya l." \<tanya.l.menton@disney.com\> "nguyen, erin t." | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

57

**PRIVILEGE LOG**

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <erin.t.nguyen@disney.com>;"simis, jennifer t." <jennifer.t.simis@disney.com> | | |
| 11/4/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/29/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com lori.schwartz@abc.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/21/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271- | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding | Attorney-client privilege; Attorney work product |

<u>**PRIVILEGE LOG**</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> albert.hernandez@disney.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/17/2021 | "cooper, jarryd" <jarrydcooper@paulhastings.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"taylor, amy" <amy.taylor@abc.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" <jonathan.harris@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| WITHHELD DOCUMENTS | | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/28/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "hernandez, albert" <albert.hernandez@disney.com> "chung, steve" <steve.chung@disney.com>;"coleman, sonia" <sonia.coleman@disney.com>;"gilmore, charissa" <charissa.gilmore@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/16/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "nguyen, erin t." | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

60

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/10/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "chai, courtney" <courtney.chai@disney.com>;"harris, jonathan" <jonathan.harris@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com>;"taylor, amy" <amy.taylor@abc.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/1/2021 | "schwartz, lori dr." <lori.schwartz@abc.com> "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "collins, carla" <carla.collins@abc.com> "lam, francis s." <francis.s.lam@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations, Human Resources and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "lam, francis s." <francis.s.lam@disney.com> "collins, carla" <carla.collins@abc.com>;"menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations, Human Resources and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/18/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> jarrydcooper@paulhastings.com | Correspondence between Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/5/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/25/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271- | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive | Attorney-client privilege; Attorney work product |

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | nguyen,.eri@exchangelabs.com><br>lori.schwartz@abc.com;tanya.l.menton@disney.com | Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | |
| 10/18/2021 | "nguyen, erin t."<br><5ecb531138fe48d29000ba32f0ac9271-<br>nguyen,.eri@exchangelabs.com><br>tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "nguyen, erin t."<br><5ecb531138fe48d29000ba32f0ac9271-<br>nguyen,.eri@exchangelabs.com><br>tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "nguyen, erin t."<br><5ecb531138fe48d29000ba32f0ac9271-<br>nguyen,.eri@exchangelabs.com><br>tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/5/2021 | "hernandez, albert"<br><albert.hernandez@disney.com><br>"nguyen, erin t." <erin.t.nguyen@disney.com><br>"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/20/2021 | "nguyen, erin t."<br><5ecb531138fe48d29000ba32f0ac9271-<br>nguyen,.eri@exchangelabs.com><br>lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/21/2021 | "nguyen, erin t."<br><5ecb531138fe48d29000ba32f0ac9271-<br>nguyen,.eri@exchangelabs.com><br>lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | om | counsel thereto. | |
| 10/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/15/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> lori.schwartz@abc.com;tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/6/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/4/2021 | "nguyen, erin t." <5ecb531138fe48d29000ba32f0ac9271-nguyen,.eri@exchangelabs.com> tanya.l.menton@disney.com | Correspondence between Inside Counsel/Legal Department and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 11/9/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> stephanie levinson <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/7/2021 | "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "menton, tanya l." <tanya.l.menton@disney.com>;stephanie levinson <stephanie.levinson@disney.com> "ingram, nancy" <nancy.ingram@disney.com> | Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 11/9/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "chai, courtney" <courtney.chai@disney.com>;lauren fujiu <lauren.fujiu@disney.com>;stephanie levinson <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/14/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com>;stephanie levinson <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com>;stephanie levinson <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/12/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> stephanie levinson <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/7/2021 | "ingram, nancy" <nancy.ingram@disney.com> "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |

65

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | | WITHHELD DOCUMENTS | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| 10/20/2021 | "walker, franklin" <franklin.walker@disney.com> stephanie levinson <stephanie.levinson@disney.com> "harris, jonathan" <jonathan.harris@disney.com>;"menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/13/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> "nguyen, erin t." <erin.t.nguyen@disney.com>;stephanie levinson <stephanie.levinson@disney.com> | Correspondence between Inside Counsel/Legal Department, Employee Relations and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/22/2021 | "walker, franklin" <a7375233597c4c6ebd808126c7c4e373-walker,.fra@exchangelabs.com> amy.taylor@abc.com | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 12/2/2021 | "fujiu, lauren" <lauren.fujiu@disney.com> "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/21/2021 | "taylor, amy" <amy.taylor@abc.com> "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 10/7/2021 | "walker, franklin" <franklin.walker@disney.com> "menton, tanya l." <tanya.l.menton@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 1/13/2022 | "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

## <u>PRIVILEGE LOG</u>

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "menton, tanya l." <tanya.l.menton@disney.com> "alexander, chris" <chris.alexander@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com> | Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney work product |
| 1/13/2022 | "menton, tanya l." <tanya.l.menton@disney.com> "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 1/7/2022 | "menton, tanya l." <tanya.l.menton@disney.com>;"nguyen, erin t." <erin.t.nguyen@disney.com> "davis, felicia a." <feliciadavis@paulhastings.com>;"hernandez, albert" <albert.hernandez@disney.com> | Correspondence between Inside Counsel/Legal Department, Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 1/7/2022 | "cooper, jarryd" <jarrydcooper@paulhastings.com>;"menton, tanya l." <tanya.l.menton@disney.com> "davis, felicia a." <feliciadavis@paulhastings.com>;"hernandez, albert" <albert.hernandez@disney.com> | Correspondence between Inside Counsel/Legal Department, Outside Counsel Paul Hastings LLP and Employee Relations regarding Dunbar's requests for accommodation and the need for advice and counsel thereto. | Attorney-client privilege; Attorney work product |
| 7/15/2021 | "williams, carlos" <carlos.williams@disney.com> "chai, courtney" <courtney.chai@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com>;"klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding negotiations on 9-1-1. | Attorney-client privilege; Attorney work product |
| 7/15/2021 | "walker, franklin" <franklin.walker@disney.com> | Correspondence between Inside Counsel/Legal | Attorney-client privilege; |

67

# PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| | WITHHELD DOCUMENTS | | |
|---|---|---|---|
| **Date** | **From/To/Copied** | **DESCRIPTION** | **PRIVILEGE** |
| | "chai, courtney" <courtney.chai@disney.com>;"fujiu, lauren" <lauren.fujiu@disney.com> "klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"williams, carlos" <carlos.williams@disney.com> | Department and Executive Team regarding negotiations on 9-1-1. | Attorney work product |
| 7/15/2021 | "chai, courtney" <courtney.chai@disney.com> "fujiu, lauren" <lauren.fujiu@disney.com>;"walker, franklin" <franklin.walker@disney.com> "klein, sharon" <sharon.klein@disney.com>;"levinson, stephanie" <stephanie.levinson@disney.com>;"williams, carlos" <carlos.williams@disney.com> | Correspondence between Inside Counsel/Legal Department and Executive Team regarding negotiations on 9-1-1. | Attorney-client privilege; Attorney work product |

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| PRODUCED DOCUMENTS | | | |
|---|---|---|---|
| **DATE(S)** | **CORRESPONDENCE BETWEEN** | **DOCUMENT DESCRIPTION** | **PRIVILEGE CLAIMED** |
| 10/1/2021 to 9/30/2021 | Record of Correspondence between Employee Relations and/or Inside Counsel/Legal Department and/or Paul Hastings | Fox 00000721-00000723 Record of memos and other communications concerning attorney mental impressions and legal advice relating to Rockmond Dunbar's accommodation request. | Attorney-client privilege; Attorney work product |
| 08/2021 | Employee Relations, Inside Counsel/Legal Department and Paul Hastings | Fox 00000724-00000728 Legal advice and guidance relating to assessing requests for accommodation and the interactive process. | Attorney-client privilege; Attorney work product |
| 6/30/2021 | walker, franklin" <franklin.walker@disney.com> <stephanie.levinson@disney.com>;"Stephanie Levinson, "ingram, nancy" <nancy.ingram@disney.com>;" | Fox 0000071 – status of compensation negotiations with *9-1-1* talent and recommended targets | Third-party privacy |

69

## PRIVILEGE LOG

*Dunbar v. American Broadcasting Companies, Inc., et al.* Case No. 2:22-cv-01075 DMG-JC

| PRODUCED DOCUMENTS | | | |
|---|---|---|---|
| **DATE(S)** | **CORRESPONDENCE BETWEEN** | **DOCUMENT DESCRIPTION** | **PRIVILEGE CLAIMED** |
| 6/3/2021 to 7/1/2021 | walker, franklin" <franklin.walker@disney.com> <stephanie.levinson@disney.com>;"Stephanie Levinson, "ingram, nancy" <nancy.ingram@disney.com>; "edrich, kathy" <kathy.edrich@fox.com> "brown, kathryn" <kathryn.brown@fox.com>;"ingram, nancy" <nancy.ingram@disney.com>;"willett, kevin" <kevin.willett@disney.com> | Fox 00000501-03, 543-45 – status of compensation negotiations with *9-1-1* talent and recommended targets | Third-party privacy |
| July 13-14, 2021 | walker, franklin" <franklin.walker@disney.com> "Stephanie Levinson," <stephanie.levinson@disney.com>; "williams, carlos" <carlos.williams@disney.com>; "klein, sharon" <sharon.klein@disney.com> | Fox 00000112, 152 – discussion of pick up bonus for Season 6 of *9-1-1* and structure of same for certain *9-1-1* talent | Third-party privacy |
| October 10, 2021 | "diederich, nissa" <nissa.diederich@disney.com>;"barth, garrett w." <garrett.w.barth@abc.com>;"levinson, stephanie" <stephanie.levinson@disney.com>; "romero, karen" <karen.romero@disney.com> | Fox 00000186 – communication listing all talent on 9-1-1 that had not yet verified their vaccination status | Third-party privacy |